**MAX PENN v. NATHAN GINSBURG and HELEN GINSBURG, his wife.**

28 So. (2nd) 336                                      June Term, 1946
December 10, 1946                                      Division A
Rehearing denied June 9, 1947

*Julius I. Friedman,* for appellant.

*Meyer, Weiss & Rosen* and *Vivian B. Rutherford,* for appellees.

PER CURIAM:

The decree appealed from is affirmed upon authority of Berlin et ux. v. Jacobs et al., 156 Fla. 773, 24 So. (2nd) 717.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.